# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN KINFORD, | Case No. 3:12-cv-00489-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR., *et al.*, | |
| Respondents. | |

The stipulation of the parties (ECF No. 82) is granted. Petitioner will have 60 days from the date of this order to file a second amended petition for habeas corpus relief in this case. All other deadlines set forth in the Court's order of May 24, 2019, remain in effect.

DATED THIS 7th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE