# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN KINFORD,<br><br>                        Petitioner,<br>    v.<br>BRIAN E. WILLIAMS, *et al.*,<br>                        Respondents. | Case No. 3:12-cv-00489-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' fist unopposed Motion for Enlargement of Time (ECF No. 87) is granted. Respondents have until December 6, 2019, to answer or otherwise respond to the Second Amended Petition (ECF No. 84) in this case. All other deadlines and instructions set forth in the Court's order of May 24, 2019, remain in effect.

DATED THIS 3rd day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE