UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN KINFORD, | Case No. 3:12-cv-00489-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's unopposed first motion to extend time (ECF No. 93) is granted. Petitioner has until March 4, 2020, to oppose Respondents' motion to dismiss (ECF No. 92).

DATED THIS 30th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE