UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN KINFORD, | Case No. 3:12-cv-00489-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' second unopposed Motion for Enlargement of Time (ECF No. 99) is granted. Respondents have until April 17, 2020, to file a reply in support of the Motion to Dismiss (ECF No. 92).

DATED THIS 13th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE