1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEVEN KINFORD,

                            Petitioner,

        v.

BRIAN E. WILLIAMS, *et al.*,

                            Respondents.

Case No. 3:12-cv-00489-MMD-CLB

ORDER

Good cause appearing, Respondents' third unopposed Motion for Enlargement of Time (ECF No. 101) is granted. Respondents have until April 22, 2020, to file a reply in support of the Motion to Dismiss (ECF No. 92).

DATED THIS 20th day of April 2020.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE