UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN M. KINFORD,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:12-cv-00489-MMD-CLB<br><br>ORDER |

Good cause appearing, it is hereby ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 108) is granted. Respondents have until April 29, 2021, to answer the surviving claims of the second amended petition for writ of *habeas corpus*.

DATED THIS 13th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE