UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEVEN M. KINFORD,

Petitioner,

v.

BRIAN E. WILLIAMS, *et al.*,

Respondents.

Case No. 3:12-cv-00489-MMD-CLB

ORDER

Good cause appearing, it is hereby ordered that Respondents' unopposed third motion for enlargement of time (ECF No. 110) is granted. Respondents have until May 13, 2021, to answer the surviving claims of the second amended petition for writ of *habeas Corpus* (ECF No. 84).

DATED THIS 5th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE