# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| STEVEN M. KINFORD, | Case No. 3:12-cv-00489-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' unopposed fourth motion for enlargement of time (ECF No. 112) is granted. Respondents have until May 27, 2021, to answer the surviving claims of the second amended petition for writ of *habeas corpus* (ECF No. 84).

DATED THIS 26th Day of May 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE