UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| STEVEN M. KINFORD, | Case No. 3:12-cv-00489-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' sixth motion for enlargement of time (ECF No. 115) is granted. Respondents have until June 7, 2021, to answer the surviving claims of the second amended petition for writ of *habeas corpus*. Counsel for Respondents represents that she will prioritize this briefing. Counsel for Respondents is nonetheless cautioned that further extensions of time will likely not be granted absent compelling circumstances and a strong showing of good cause why the answer could not be completed within the extended time allowed despite the exercise of due diligence.

It is further ordered that Respondents' fifth motion for enlargement of time (ECF No. 114) is denied as moot.

DATED THIS 4th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE