UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN M. KINFORD,<br><br>                Petitioner,<br>     v.<br>BRIAN E. WILLIAMS, *et al.*,<br><br>                Respondents. | Case No. 3:12-cv-00489-MMD-CLB<br><br>ORDER |

Good cause appearing, it is hereby ordered that Petitioner Steven Kinford's unopposed first motion for enlargement of time (ECF No. 118) is granted. Kinford has until October 5, 2021, to file his reply in support of his second amended petition (ECF No. 84).

DATED THIS 8th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE