UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN M. KINFORD,<br><br>               Petitioner,<br>v.<br>BRIAN E. WILLIAMS, *et al.*,<br><br>               Respondents. | Case No. 3:12-cv-00489-MMD-CLB<br><br>ORDER |

Good cause appearing, it is hereby ordered that Petitioner Steven Kinford's unopposed second motion for enlargement of time (ECF No. 120) is granted. Kinford has until December 6, 2021, to file his reply in support of his second amended petition (ECF No. 84).

DATED THIS 1st Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE