UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN M. KINFORD,<br><br>  Petitioner,<br>v.<br><br>BRIAN E. WILLIAMS, *et al.*,<br><br>  Respondents. | Case No. 3:12-cv-00489-MMD-CLB<br><br>ORDER |

Good cause appearing, it is hereby ordered that Petitioner Steven Kinford's unopposed third motion for enlargement of time (ECF No. 122) is granted. Petitioner has until January 5, 2022, to file his reply in support of his second amended petition (ECF No. 84).

DATED THIS 22nd Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE