# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN M. KINFORD, | Case No. 3:12-cv-00489-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Petitioner Steven Kinford's unopposed fourth motion for enlargement of time (ECF No. 124) is granted. Kinford has until January 19, 2022, to file his reply in support of his second amended petition.

DATED THIS 20th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE